THE WASHINGTON CEMETERY ASSOCIATION, Appellant, *v.* JAMES B. CRAIG et al., Respondents.

(Argued January 24, 1877; decided March 20, 1877.)

*H. C. Place* for the appellant.

*John H. Bergen* for the respondents.

AGREE to affirm.    No opinion.
All concur, except RAPALLO, J., not voting.
Judgment affirmed.